# EXHIBIT A

Hearing Date: 6/12/2023 9:00 AM
Location: Richard J Daley Center
Judge: Wilson, Thaddeus L

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

FILED
2/7/2023 1:53 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH01188
Calendar, 1
21372209

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

GLENN HAHN, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

CARRINGTON MORTGAGE
SERVICES, LLC,

    Defendant.

Case No. 2023CH01188

## CLASS ACTION COMPLAINT

**NOW COMES** Plaintiff, GLENN HAHN, individually, and on behalf of all others

similarly situated, through undersigned counsel, complaining of Defendant, CARRINGTON

MORTGAGE SERVICES, LLC, as follows:

### NATURE OF THE ACTION

1.     This action is seeking redress for Defendant's violation(s) of the Fair Debt

Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 *et seq*.

2.     Congress enacted the FDCPA in 1977, 91 Stat. 874, to eliminate abusive debt

collection practices, to ensure that debt collectors who abstain from such practices are not

competitively disadvantaged, and to promote consistent state action to protect consumers. 15

U.S.C. § 1692(e).

3.     The Act regulates interactions between consumer debtors and "debt collector[s],"

defined to include any person who "regularly collects … debts owed or due or asserted to be owed

or due another." §§ 1692a(5), (6).

4.     Among other things, the Act prohibits debt collectors from making false

representations as to a debt's character, amount, or legal status, § 1692e(2)(A); communicating

1

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

with consumers at an "unusual time or place" likely to be inconvenient to the consumer, § 1692c(a)(1); or using obscene or profane language or violence of the threat thereof, §§ 1692d(1), (2). *See* generally §§ 1692b-1692j; *Heintz v. Jenkins*, 514 U.S. 291, 292-293, 115 S. Ct. 1489, 131 L. ed. 2d 395 (1995).

5.      The Act is enforced through administrative actions and private lawsuits. *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich, L.P.A.*, 559 U.S. 573, 577, 130 S. Ct. 1605 (2010).

<u>**JURISDICTION AND VENUE**</u>

6.      This Court has personal jurisdiction pursuant to 735 ILCS 5/2-209.

7.      Venue is proper pursuant to 735 ILCS 5/2-101.

<u>**PARTIES**</u>

8.      GLENN HAHN ("Plaintiff") is a natural person, over 18-years-of-age, who at all times relevant resided at 111 Forest Avenue, Riverside, Illinois 60546.

9.      Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

10.     CARRINGTON MORTGAGE SERVICES, LLC ("Carrington") is a limited liability company organized and existing under the laws of the state of Delaware.

11.     Carrington has its principal place of business at 1600 Douglass Road, Suite 110 and 200A, Anaheim, California 92806.

12.     Carrington is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

13.     Carrington uses instrumentalities of interstate commerce and the mail in its business – the principal purpose of which is the collection of debt owed or due or asserted to be owed or due another.

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

## FACTUAL ALLEGATIONS

14.     On November 12, 2014, Plaintiff executed a mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for The Federal Savings Bank, its successors and assigns (the "Mortgage").

15.     The Mortgage secured the purchase of Plaintiff's personal residence located at 111 Forest Avenue, Riverside, Illinois 60546 (the "Property").

16.     The Mortgage secured the repayment of the indebtedness evidenced by a promissory note in the amount of $211,894.00.

17.     On December 1, 2015, Plaintiff defaulted on the Loan by failing to pay the monthly installments of principal, interest, taxes and insurance.

18.     Mortgage Electronic Registration Systems, Inc., as nominee for The Federal Savings Bank, its successors and assigns, assigned the Mortgage to Pingora Loan Servicing, LLC by instrument dated June 2, 2016 and recorded June 8, 2016 as Document No. 1616057052 with the Cook County Recorder of Deeds.

19.     On June 14, 2016, Pingora Loan Servicing, LLC filed a "Complaint to Foreclose Mortgage," pursuant to section 15-1101 of the Code of Civil Procedure with respect to the Property.

20.     Plaintiff hired counsel, Law Office of Arthur C. Czaja, in November of 2016.

21.     On November 2, 2016, Law Office of Arthur C. Czaja filed a notice of appearance in the foreclosure proceedings.  *See* Exhibit A.

22.     The servicing of Plaintiff's mortgage loan, that is the right to collect payments, was subsequently assigned and transferred to Carrington.

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

23.     On or about August 16, 2022, Plaintiff received a letter from Carrington.  *See* Exhibit B.

24.     Included with this letter was language providing:

> **Important Message About Your Loan**
> Carrington Mortgage Services, LLC has been notified that the above-referenced property is vacant and/or unoccupied.  If this it not the case we ask that you please contact our office immediately at (800) 561-4567.
>
> **What This Means**
> If this property is vacant and/or unoccupied we are notifying you that we may enter the property for the purpose of performing recurring inspections and we may provide additional services necessary to ensure the Property is maintained in a safe and secure manner.  Entry to the Property and the performance of the inspection and maintenance services are authorized under the uniform terms and conditions of the mortgage or deed in trust signed by the owners of the Property.
>
> **What You Need To Do**
> If the property has been vacated or abandoned or you are still occupying the property, please notify Carrington Mortgage Services, LLC within 8 days from the date of this notice and provide us with your intentions for the Property at (800)561-4567 from 8:00 AM to 8:00 PM Monday through Friday, Eastern Time.

*See id.*

25.     Further, the letter states:

> -MINI MIRANDA-
> This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose.

26.     The letter is a "communication" as defined by 15 U.S.C. § 1692a(2).

## CLASS ALLEGATIONS

27.     All Paragraphs of this Complaint are expressly adopted and incorporated herein as though fully set forth herein.

28.     Plaintiff brings this action pursuant to 735 ILCS 5/2-801 *et seq*, individually, and on behalf of all others similarly situated (the "Putative Class").

4

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

29.     The Putative Class is defined as follows:

> *All consumers within the State of Illinois to whom (a) within the one (1) year prior to the filing of the original complaint and during its pendency; (b) received direct communication(s) from Carrington; (c) despite Carrington knowing that the consumers are represented by counsel.*

30.     The following individuals are excluded from the Putative Class: (1) any Judge presiding over this action and members of their families; (2) Carrington, Carrington's subsidiaries, parents, successors, predecessors, and any entity in which Carrington or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Putative Class; (5) the legal representatives, successors or assigns of any such executed persons; and (6) persons whose claims against Carrington have been fully and finally adjudicated and/or released.

**A.     Numerosity:**

31.     Upon information and belief, Carrington communicated with Illinois consumers represented by counsel on no less than 40 occasions.

32.     The exact number of members of the Putative Class are unknown and not available to Plaintiff at this time, but it is clear that individual joinder is impracticable.

33.     Members of the Putative Class can be objectively identified from records of Carrington to be gained in discovery.

**B.     Commonality and Predominance:**

34.     There are many questions of law and fact common to the claims of Plaintiff and the Putative Class, and those questions predominate over any questions that may affect individual members of the Putative Class.

**C.     Typicality:**

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

35.     Plaintiff's claims are representative of the claims of other members of the Putative Class.

36.     Plaintiff's claims are typical of members of the Putative Class because Plaintiff and the members of the Putative Class are entitled to damages as result of Carrington's conduct.

**D.     Superiority and Manageability:**

37.     This case is also appropriate for class certification as class proceedings are superior to all other available methods for the efficient and fair adjudication of this controversy.

38.     The damages suffered by the individual members of the Putative Class will likely be relatively small, especially given the burden and expense required for individual prosecution.

39.     By contrast, a class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

40.     Economies of effort, expense, and time will be fostered and uniformity of decisions ensured.

**E.     Adequate Representation:**

41.     Plaintiff will adequately and fairly represent and protect the interests of the Putative Class.

42.     Plaintiff has no interests antagonistic to those of the Putative Class, and Carrington has no defenses unique to Plaintiff.

43.     Plaintiff has retained competent and experienced counsel with substantial experience in consumer class action litigation.

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

## CLAIMS FOR RELIEF

### COUNT I:
### Fair Debt Collection Practices Act—15 U.S.C. § 1692 *et seq.*

44.     All paragraphs of this Complaint are expressly adopted and incorporated herein as though fully set forth herein.

### Violation of 15 U.S.C. § 1692c

45.     Section 1692c states:

> (a) **Communication with the consumer generally.**  Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt—
> ***
>
> (2)     if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer;

46.     Carrington violated 15 U.S.C. § 1692c(a)(2) by mailing the letter to Plaintiff rather than to his attorney.

47.     The letter was a communication "in connection with the collection of [a] debt."

48.     At the time Carrington sent the letter, they had actual knowledge, based on the November 2, 2016 notice of appearance, that Plaintiff was represented by Law Office of Arthur C. Czaja with respect to the Loan.

49.     Plaintiff may enforce the provisions of 15 U.S.C. § 1692c(a)(2) pursuant to section k of the FDCPA (15 U.S.C. § 1692k) which provides "any debt collector who fails to comply with any provision of [the FDCPA] with respect to any person is liable to such person in an amount equal to the sum of -

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

(1)     any actual damage sustained by such person as a result of such failure;

(2)

        A.     in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000.00; or

        B.     in the case of a class action, (i) such amount for each named plaintiff as could be recovered under subparagraph (A), and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum of the net worth of the debt collector; and

(3)     in the case of any successful action to enforce the foregoing liability, the costs of the action, together with reasonable attorney's fees as determined by the court.

**WHEREFORE**, Plaintiff, **GLENN HAHN**, prays the Court enter an Order:

A.     granting certification of the proposed class, including the designation of Plaintiff as the named representative, the appointment of the undersigned as Class Counsel, under the applicable provisions of 735 ILCS 5/2-801 *et seq.*

B.     finding that Carrington is a "debt collector" as defined by 15 U.S.C. § 1692a(6);

C.     finding that the Loan is a "debt" as defined by 15 U.S.C. § 1692a(5);

D.     finding that Carrington violated 15 U.S.C. § 1692c(a)(2);

E.     awarding any actual damages sustained by Plaintiff as a result of Carrington's violation(s);

E.     awarding such additional damages to Plaintiff, as the Court may allow, but not exceeding $1,000.00;

F.     awarding such amount as the Court may allow for all other class members, not to exceed the lesser of $500,000.00 or 1 per centum of the net worth of Carrington;

G.   awarding costs of this action, together with reasonable attorney's fees as determined by the Court; and

H.   awarding such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of any and all issues in this action so triable of right.

DATED: February 7, 2023                    Respectfully submitted,

                                           **GLENN HAHN**

                                           By: */s/ Arthur C. Czaja*

Arthur C. Czaja
LAW OFFICE OF ARTHUR C. CZAJA
7521 North Milwaukee Avenue
Niles, Illinois 60714
+1 847-647-2106
arthur@czajalawoffices.com
Attorney No: 47671

9

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

# <u>EXHIBIT A</u>

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, MUNICIPAL DIVISION

| | | |
|---|---|---|
| PINGORA LOAN SERVICING, LLC | ) | No.   16-CH-07945 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN HAHN; ANASTASIA L. HAHN; | ) | <u>PROPERTY ADDRESS:</u> |
| UNKNOWN OWNERS AND NON-RECORD | ) | <u>111 FOREST AVENUE</u> |
| CLAIMANTS | ) | RIVERSIDE, IL 60546 |
| | ) | |
| Defendants. | ) | |
| | ) | CALENDAR 62 |

### APPEARANCE

**X** General Appearance         x 0900 – Fee Paid         □ 0909 – No Fee
                                 □ 0904 – Fee Waived       □ 0908 – Trial Lawyers Appearance – No fee

The undersigned enters the appearance of:          □ Plaintiff          **X** Defendant

### GLENN HAHN and ANASTASIA L. HAHN

_____
(Insert Litigant's Name)

_____
                                                                    Signature

**X** Initial Counsel of Record    □ Pro Se (Self-represented)
  □ Additional Appearance          □ Substitute Appearance

Name: Arthur Czaja
Cook County Attorney #: 47671
Atty for: Defendants – Glenn Haan and Anastasia L. Hahn
Address: 7521 N. Milwaukee Avenue
City/State/Zip: Niles, IL 60714
Telephone: (847) 647-2106
Email: arthur@czajalawoffices.com

2016 NOV - 2  AM 10: 20
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
CHANCERY DIV
DOROTHY BROWN
CLERK

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

## CERTIFICATE OF SERVICE

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

Arthur Czaja
Attorney for Defendants

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

# EXHIBIT B



**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID 82600

P.O. Box 4149
Anaheim, CA 92803

9207 1901 3536 2840 7922 60

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

0000029   01 SP 0.570  **SNGLP  T1 1 9295 60546-190711   -C03-P00029-I
GLENN HAHN
ATTN: C/O LAW OFC OF ARTHUR CZAJA & ASSOC
111 FOREST AVE
RIVERSIDE IL 60546-1907

**Property Address:**
111 FOREST AVE
RIVERSIDE, IL 60546

Loan Number: ███████

08/16/2022

**Subject: Property Vacancy Notice**

Dear Mortgagor(s):

**Important Message About Your Loan**
Carrington Mortgage Services, LLC has been notified that the above-referenced property is vacant and/or unoccupied. If this is not the case we ask that you please contact our office immediately at (800) 561-4567.

**What This Means**
If this property is vacant and/or unoccupied we are notifying you that we may enter the property for the purpose of performing recurring inspections and we may provide additional services necessary to ensure the Property is maintained in a safe and secure manner. Entry to the Property and the performance of the inspection and maintenance services are authorized under the uniform terms and conditions of the mortgage or deed of trust signed by the owners of the Property.

**What You Need To Do**
If the property has been vacated or abandoned or you are still occupying the property, please notify Carrington Mortgage Services, LLC within 8 days from the date of this notice and provide us with your intentions for the Property at (800) 561-4567 from 8:00 AM to 8:00 PM Monday through Friday, Eastern Time.

If we do not receive notification from you we will proceed with performing recurring inspections and we may provide additional services necessary to ensure the Property is maintained in a safe and secure manner as authorized under the uniform terms and conditions of the mortgage or deed of trust signed by the owners of the Property. All costs and fees may be charged to you and may become an additional debt secured by your mortgage or deed of trust unless prohibited by applicable law.

Sincerely,
Property Preservation Department
Carrington Mortgage Services, LLC



9295-03-00-0000029-0001-0000084

**IMPORTANT DISCLOSURES**

FILED DATE: 2/7/2023 1:53 PM   2023CH01188

**-VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at (888) 267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/.

9295-03-00-0000025-0002-0000083